## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Consumer Financial Protective Bureau, | Court File No. 21-mc-19 SRN/DTS |
| Petitioner, | |
| v. | **RESPONDENT EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Educational Credit Management Corporation, | |
| Respondent. | |

Pursuant to Fed. R. Civ. P. 7.1, Educational Credit Management Corporation ("ECMC"), by and through its attorneys, hereby makes the following corporate disclosures:

1. ECMC is a United States nonprofit corporation based in Minnesota.

2. ECMC is controlled by ECMC Group.

3. No publicly held company owns any percentage of stock in ECMC or ECMC Group.

Date:  July 27, 2021

**FOX ROTHSCHILD LLP**

By: /s/  Aaron Mills Scott
    Aaron Mills Scott (#33943X)

Two22 Building, Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402
Telephone:    612-607-7000
Facsimile:     612-607-7100
Email:  ascott@foxrothschild.com

Allyson B. Baker, *pro hac vice pending*
Erin Zacuto Cass, *pro hac vice pending*
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
Phone:  (202) 344-4000
abbaker@venable.com

**ATTORNEYS FOR RESPONDENT EDUCATIONAL CREDIT MANAGEMENT CORPORATION**

124864422.2