## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Consumer Financial Protective Bureau,<br><br>    Petitioner,<br><br>v.<br><br>Educational Credit Management Corporation,<br><br>    Respondent. | Case No. 21-mc-19 (SRN/DTS)<br><br>**ORDER** |

    Respondent filed an Unopposed Motion to Continue September 2, 2021 hearing to Show Cause (Dkt. No. 13). **IT IS HEREBY ORDERED:** The hearing is rescheduled for **September 10, 2021** at **10:00 a.m.** in Courtroom 9E

Dated: July 29, 2021
                                                      s/David T. Schultz
                                                   DAVID T. SCHULTZ
                                                   U.S. Magistrate Judge

124884848.1